

# In the Court of Criminal Appeals of Texas

No. PD-0427-22

ANDRE TREMOND PHILLIPS,
*Appellant*

v.

THE STATE OF TEXAS

On Appellant's Petition for Discretionary Review
From the Second Court of Appeals
Tarrant County

*Per curiam.*

A jury convicted Appellant of driving while intoxicated with a felony repetition enhancement. *See* TEX. PENAL CODE §§ 49.04, 49.09(b). The Second Court of Appeals affirmed his conviction. *Phillips v. State*, 651 S.W.3d 677 (Tex. App.—Fort Worth 2022).

We initially granted discretionary review to consider the court of appeals' holding that the trial court did not commit reversible error when it overruled Appellant's objections to the State's guilt-phase closing argument that Appellant was "not taking responsibility." We now conclude that our grant of discretionary review was improvident and, therefore, dismiss Appellant's petition for discretionary review as improvidently granted. *See* TEX. R. APP. PROC. 69.3.

**DELIVERED:**                                                   November 1, 2023
**PUBLISH**